**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
E-mail: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
MAY - 4 2016
Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 16-40-GF-BMM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **TRANSPORTATION OF CHILD PORNOGRAPHY**<br>Title 18 U.S.C. § 2522(a)(1) and (b)<br>(Penalty: Mandatory minimum five years to twenty years imprisonment, a $250,000 fine, and five years to lifetime supervised release) |
| RONALD RAY HORNER, | |
| Defendant. | |
| | **FORFEITURE**<br>Title 18 U.S.C. § 2253(a) |

THE GRAND JURY CHARGES:

That on or about March 24, 2014, in Toole County, in the State and District of Montana and elsewhere, the defendant, RONALD RAY HORNER knowingly

1

transported any visual depiction, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(1) and (b).

## FORFEITURE ALLEGATION

As a result of the commission of the crime described above, and upon his conviction, RONALD RAY HORNER, shall forfeit to the United States all right, title and interest in the following described property that represents property used to commit the offense:

Toshiba Satellite laptop, s/n 3C072566R,

pursuant to 18 U.S.C. § 2253(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_[signature]_
MICHAEL W. COTTER
United States Attorney

_[signature]_
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

rim. Summons ✓
Warrant‚ _____
Bail‚ _____

I.A set for
6/7/16 @ 10am
w/ Judge Johnston

2