UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD RAY HORNER,<br><br>    Defendant. | CR-16-40 -GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 5th day of April, 2017.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge