**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RONALD RAY HORNER,**<br><br>**Defendant.** | **CR 16-40-GF-BMM**<br><br>**ORDER** |

This matter comes before the Court on the United States' motion for a preliminary order of forfeiture (Doc.  ). On April 6, 2017, a jury found Defendant Ronald Ray Horner guilty of the charge set forth in the Indictment filed on May 4, 2016 and defendant conceded the forfeiture of the property set forth in the Indictment. The jury's guilty verdict and defendant's concession to the forfeiture provides a factual basis and cause to issue a Preliminary Order of

1

Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Ronald Ray Horner's interest in the following property is forfeited to the United States, in accordance with 18 20.18.C. § 2253(a):

- Toshiba Satellite laptop, s/n 3C072566R

THAT the United States Department of Homeland Security, or its sub-custodian shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided bylaw;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

That upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 12th day of July, 2017.

Brian Morris
United States District Court Judge