# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 16-40-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| **RONALD RAY HORNER,** | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A Preliminary Order of Forfeiture was entered on July 12, 2017;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture is **GRANTED** and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §18 U.S.C. § 2253(a) free from the claims of any other party:

- Toshiba Satellite laptop, s/n 3C072566R

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 29th day of November, 2017.

_____
Brian Morris
United States District Court Judge